IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-00096-F-1
No. 7:16-CV-00138-F

BENJAMIN LYNN SCOTT,                )
                                     )
            Petitioner,              )
                                     )
      v.                             )          O R D E R
                                     )
UNITED STATES OF AMERICA,            )
                                     )
            Respondent.              )

This matter is before the court on Benjamin Lynn Scott's Motion to Vacate, Set Aside, or

Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-31]. Having examined Scott's motion

pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is

DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to

make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)**

days of the filing of this order.

Scott asserts a challenge based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), but

he does not qualify for appointed counsel pursuant to Standing Order No. 15-SO-2 (E.D.N.C.

Oct. 16, 2015) because he had retained counsel when he was previously before this court.

SO ORDERED.

This _9_ day of June, 2016.

_____
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE